REUSENS v. GIRARD et al. (Supreme Court, Appellate Division, First Department.

March 27, 1914.) Action by Guillaume Reusens against Julian M. Girard and others. No opinion. Motion granted; question to be certified on settlement of order. Settle order on notice. See, also, 160 App. Div. 625, 146 N. Y. Supp. 86.